| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chen, Edward M. | U.S. District Court, N.D. California | 08/06/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U.S. Federal Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Employee | Trust #2 ▓▓▓▓▓▓▓▓ ) |
| 2. | Trustee | Trust #2 ▓▓▓▓▓▓▓▓ ) |
| 3. | Trustee | Trust #4 ▓▓▓▓▓▓▓▓ |
| 4. | Trustee | Trust #5 ▓▓▓▓▓▓▓ |
| 5. | Trustee | Trust #8 ▓▓▓▓▓▓▓ |
| 6. | Trustee | Trust #16 ▓▓▓▓▓▓▓▓▓▓ ) |
| 7. | Trustee | Trust #17 (Edward M. Chen Trust) |
| 8. | Trustee | Trust #18 ▓▓▓▓▓ |
| 9. | Trustee | Trust #19 (Edward M. Chen 2012 Irrevocable Trust) |
| 10. | Trustor | Trust #20 ▓▓▓▓▓▓▓ |
| 11. | Officer & Director | Realty Co. #1 ▓▓▓▓▓ |
| 12. | Manager | Limited Liability Co. #1 ▓▓▓▓▓ |
| 13. | Manager | Limited Liability Co. #2 ▓▓▓▓ |
| 14. | Manager | Limited Liability Co. #3 ▓▓▓▓▓▓ |
| 15. | Manager | Limited Liability Co. #4 ▓▓▓▓▓▓ |
| 16. | Manager | Limited Liability Co. #5 ▓▓▓▓ |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/06/2015 |

| | | |
|---|---|---|
| 17. | Manager | Limitied Liability Co. #6 ▓▓▓▓▓ |
| 18. | Manager | Limitied Liability Co. #7 ▓▓▓▓▓ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1991 | ACLU Employees - Defined Benefit Pension Plan, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Chen, Edward M. | 08/06/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2013 | Trust #2 (salary) | $23,436.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Savings Bank | Co-signer on mortgage condominium investment | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #2 (Trustee | E | Interest | O | U | | | | | |
| 2. | | | | | | | | | |
| 3. -Interfamily note (from Trust #8) | | | | | | | | | |
| 4. -Bank of America (accounts) | | | | | | | | | |
| 5. -First Republic Bank (account) | | | | | | | | | |
| 6. -Sterling Bank & Trust (account) | | | | | | | | | |
| 7. -Aegon NV stock | | | | | | | | | |
| 8. -R.E. Loans, LLC (account) | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. Limited Partnership #3 ▮▮▮▮ ▮▮▮▮ | A | Rent | M | U | | | | | |
| 11. | | Interest | | | | | | | |
| 12. -Commercial Property #3 (San Francisco, CA) | | | | | | | | | |
| 13. -Bank of America (accounts) | | | | | | | | | |
| 14. -First Republic Bank (account) | | | | | | | | | |
| 15. -Condominium #1 (Kohala Coast, HI) | | | | | | | | | |
| 16. -El Dorado Hospitality, LLC | | | | | | | | | |
| 17. -Sterling Bank & Trust (account) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Cathay Bank (account) | | | | | | | | | |
| 19. | | | | | | | | | |
| 20. Limited Partnership #5 ▆▆▆ | F | Rent | N | U | | | | | |
| 21. ▆▆▆ | | Interest | | | | | | | |
| 22. -Commercial Property #4 (Sacramento, CA) | | | | | | | | | |
| 23. -Bank of America (accounts) | | | | | | | | | |
| 24. -First Republic Bank (account) | | | | | | | | | |
| 25. -East-West Bank (account) | | | | | | | | | |
| 26. -Cathay Bani (account) | | | | | Closed | 06/24/14 | L | A | |
| 27. -Sterling Bank & Trust (account) | | | | | | | | | |
| 28. -Limited Liability Company #2 ▆▆▆ | | | | | | | | | |
| 29. -Commercial Property #8 (San Rafael, CA) | | | | | | | | | |
| 30. -Bank of America (account) | | | | | | | | | |
| 31. -Wells Fargo Bank (account) | | | | | Closed | 10/30/14 | K | A | |
| 32. -First Republic Bank (account) | | | | | Closed | 06/18/14 | L | A | |
| 33. -Sterling Bank & Trust (account) | | | | | | | | | |
| 34. -East-West Bank (account) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Realty Co. #1 ▆▆▆▆ (stock) | A | Dividend | L | U | | | | | |
| 37. | | Distribution | | | | | | | |
| 38. -Bank of America (accounts) | | | | | | | | | |
| 39. -Sterling Bank & Trust (account) | | | | | | | | | |
| 40. -East-West Bank (account) | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. Bay Area Hotel Associates Limited Partnership | A | Dividend | K | W | | | | | |
| 43. | | | | | | | | | |
| 44. Life Insurance Policies - New York Life Ins. Co. | A | Interest | J | T | | | | | |
| 45. | | | | | | | | | |
| 46. Trust #4 (Trustee only) | A | Rent | P1 | U | | | | | |
| 47. | | Interest | | | | | | | |
| 48. -El Dorado Hospitality, LLC | | | | | | | | | |
| 49. -BST Hospitality, LLC | | | | | | | | | |
| 50. -Bank of America (account) | | | | | | | | | |
| 51. -East-West Bank (account) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Sterling Bank & Trust (account) (erroneously omitted from | | | | | Open | 04/04/00 | J | | |
| 53. prior Reports) | | | | | | | | | |
| 54. -First Republic Bank (account) (erroneously omitted from | | | | | Open | 11/10/08 | M | | |
| 55. prior Reports) | | | | | | | | | |
| 56. -Pacific Western Bank (account) | | | | | Open | 11/21/14 | K | | |
| 57. -Commercial Condominium (San Francisco, CA) | | | | | | | | | |
| 58. -Limited Partnership #3 ▓▓▓ ▓▓ | | | | | | | | | |
| 59. Limited Partnership) | | | | | | | | | |
| 60. -Limited Partnership #5 ▓▓▓ | | | | | | | | | |
| 61. Limited Partnership) | | | | | | | | | |
| 62. -Limited Liability Co. #1 ▓▓▓ ▓▓ | | | | | | | | | |
| 63. [Lines 67-72 should have been reported as assets of Limited Liability | | | | | | | | | |
| 64. Co. #1 in prior Reports] | | | | | | | | | |
| 65. -Commercial Building #9 (San Francisco, CA) | | | | | | | | | |
| 66. -Commercial Building #10 (San Francisco, CA) | | | | | | | | | |
| 67. -Bank of America (accounts) | | | | | | | | | |
| 68. -First Republic Bank (account) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Sterling Bank & Trust (account) | | | | | | | | | |
| 70. -East-West Bank (account) | | | | | | | | | |
| 71. -Limited Partnership #1 ▓▓▓▓ | | | | | | | | | |
| 72. ▓▓▓▓ | | | | | | | | | |
| 73. -Limited Liabilty Co. #5 ▓▓▓▓ ▓▓ | | | | | | | | | |
| 74. -Bank of America (accounts) | | | | | | | | | |
| 75. -First Republic Bank (account) (erroneously omitted from | | | | | Open | 12/16/08 | L | | |
| 76. prior Reports) | | | | | | | | | |
| 77. -Sterling Bank & Trust (account) (erroneously omitted from | | | | | Open | 07/24/09 | L | | |
| 78. prior Reports) | | | | | | | | | |
| 79. -Commercial Property #1 (San Francisco, CA) [Line 81 should have been | | | | | | | | | |
| 80. reported as asset of LLC #5 in prior Reports] | | | | | | | | | |
| 81. -Limited Liabilty Co. #7 ▓▓▓▓ ▓▓ ) | | | | | | | | | |
| 82. -Commercial Property #8 (Sacramento, CA) | | | | | | | | | |
| 83. -Bank of America (accounts) | | | | | | | | | |
| 84. -Sterling Bank & Trust (account) | | | | | | | | | |
| 85. -Cathay Bank (account) (erroneously omitted from prior Reports) | | | | | Open | 02/27/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/06/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Limited Liabilty Co. #3▆▆▆▆ ▆▆▆▆ | | | | | | | | | |
| 87. -Commercial Property #7 (Sacramento, CA) [Line 89 should have been | | | | | | | | | |
| 88. reported as asset of LLC #3 in prior Reports] | | | | | | | | | |
| 89. -Sterling Bank & Trust (account) | | | | | | | | | |
| 90. -First Republic Bank (accounts) | | | | | | | | | |
| 91. -Bank of America (accounts) (erroneously omittedf from | | | | | Open | 06/27/01 | K | | |
| 92. prior Reports) | | | | | | | | | |
| 93. -East West Bank (accounts ) (erroneously omitted from prior Reports) | | | | | Open | 12/16/10 | M | | |
| 94. -Cathay Bank (accounts) (erroneously omitted from prior Reports) | | | | | Open | 09/21/11 | L | | |
| 95. -Limited Liability Company #2 (erroneously omitted from prior Reports; | | | | | | | | | |
| 96. should have been listed as asset of Limited Liability Company #3) | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. Trust #5 (Co-Trustee only) | A | Rent | O | U | | | | | |
| 99. | | Interest | | | | | | | |
| 100. -Cathay Bank (account) | | | | | | | | | |
| 101. -East-West Bank (account) | | | | | | | | | |
| 102. -Sterling Bank & Trust (account) (erroneously omitted from | | | | | Open | 04/04/00 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  prior Reports) | | | | | | | | | |
| 104.  -First Republic Bank (account) (erroneously omitted from | | | | | Open | 11/10/08 | M | | |
| 105.  prior Reports) | | | | | | | | | |
| 106.  -Limited Liability Co. #3 ▮▮▮ | | | | | | | | | |
| 107.  -Limited Liability Co. #7 ▮▮▮ | | | | | | | | | |
| 108.  -Limited Partnership #2 ▮▮▮ | | | | | | | | | |
| 109.  -Commercial Property #2 (San Francisco, CA) | | | | | | | | | |
| 110.  -Bank of America (accounts) | | | | | | | | | |
| 111.  - Cathay Bank (account) | | | | | Open | 11/24/14 | L | | |
| 112.  -First Republic Bank (account) | | | | | | | | | |
| 113.  -Pacific Western Bank (account) | | | | | Open | 11/21/14 | L | | |
| 114.  -Sterling Bank & Trust (account) | | | | | | | | | |
| 115.  -R.E. Loans, LLC (account) | | | | | | | | | |
| 116.  -East-West Bank (accounts) | | | | | | | | | |
| 117.  -J.P. Morgan Chase (bond) | | | | | | | | | |
| 118. | | | | | | | | | |
| 119.  Merrill Lynch - IRA | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Account - Merrill Lynch | | | | | | | | | |
| 121. -Calvert Social Investment Fund Balanced Portfolio | | | | | | | | | |
| 122. -Ariel Appreciation Fund | | | | | | | | | |
| 123. -Calvert Social Index | | | | | | | | | |
| 124. -Pimco All Asset | | | | | Sold | 01/16/14 | J | | |
| 125. -Franklin U.S. Government Series Class A | | | | | Sold | 01/15/14 | J | | |
| 126. -Templeton Foreign Fund | | | | | Buy | 01/15/14 | J | | |
| 127. -Templeton Developing | | | | | Buy | 01/17/14 | J | | |
| 128. | | | | | | | | | |
| 129. Merrill Lynch - IRA | A | Dividend | K | T | | | | | |
| 130. -Account - Merrill Lynch | | | | | | | | | |
| 131. -Calvert Social Investment Fund Balanced Portfolio | | | | | | | | | |
| 132. -Pimco All Asset | | | | | Sold | 01/16/14 | J | | |
| 133. -Franklink U.S. Government Series Class A | | | | | | | | | |
| 134. -Calvert Enhance Equity | | | | | Sold | 01/17/14 | J | | |
| 135. -Calvert Large Cap Core | | | | | Buy | 01/17/14 | J | | |
| 136. -Templeton Developing | | | | | Buy | 01/15/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Templeton Foreign Fund | | | | | Buy | 01/15/14 | J | | |
| 138. | | | | | | | | | |
| 139. Lincoln Financial Group (403(b)) | B | Dividend | L | T | | | | | |
| 140. -LVIP UBS Global Asset Allocation | | | | | | | | | |
| 141. -LVIP Delaware Social Awareness | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. Bank of America (accounts) | C | Interest | M | T | | | | | |
| 144. | | | | | | | | | |
| 145. Sterling Bank & Trust (accounts) | A | Interest | K | T | | | | | |
| 146. | | | | | | | | | |
| 147. Cathay Bank (account) | B | Interest | N | T | | | | | |
| 148. | | | | | | | | | |
| 149. Trust #16 (Trustee only) | A | Rent | P1 | U | | | | | |
| 150. | | Interest | | | | | | | |
| 151. -Bank of America (account) | | | | | | | | | |
| 152. -Sterling Bank & Trust (account) | | | | | | | | | |
| 153. -Limited Partnership #2 ▒▒▒▒ | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. Limited Liability Co. #4 ▮▮▮ | D | Rent | L | U | | | | | |
| 156. | | Interest | | | | | | | |
| 157. -Bank of America (account) | | | | | | | | | |
| 158. -Limited Partnership #1 ▮▮▮ | | | | | | | | | |
| 159. Limited Partnership #2 ▮▮▮ | | | | | | | | | |
| 160. -Limited Partnership #3 ▮▮▮ | | | | | | | | | |
| 161. -Limited Partnership #5 ▮▮▮ | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. Limited Liability Co. #6 ▮▮▮ | G | Rent | P1 | U | | | | | |
| 164. | | Interest | | | | | | | |
| 165. | | | | | | | | | |
| 166. -Condominium #4 (Kohala Coast, HI) | | | | | | | | | |
| 167. -Provident Credit Union (account) | | | | | | | | | |
| 168. -Ally Bank (account) | | | | | | | | | |
| 169. -Bank of America (account) | | | | | | | | | |
| 170. -First Republic Bank (account) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Chen, Edward M. | 08/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Pacific Western Bank (account) | | | | | Open | 11/21/14 | M | | |
| 172. -East-West Bank (account) | | | | | | | | | |
| 173. -Condominium #5 (Maui, HI) | | | | | | | | | |
| 174. -Commercial Condominium (San Francisco, CA) | | | | | | | | | |
| 175. -Sterling Bank & Trust (account) | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. Limited Liability Co. #7 ▓▓▓▓▓ ▓▓▓▓ | A | Rent | P1 | U | | | | | |
| 178. | | | | | | | | | |
| 179. BST Hospitality, LLC | A | Dividend | N | U | | | | | |
| 180. | | | | | | | | | |
| 181. Trust #17 | E | Rent | O | U | | | | | |
| 182. | | Interest | | | | | | | |
| 183. -Commercial Property #11 (Petaluma, CA) | | | | | | | | | |
| 184. -East-West Bank (account) | | | | | | | | | |
| 185. -Bank of America (account) | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. Trust #18 (Trustee only) | A | Interest | O | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -East-West Bank (account) | | | | | | | | | |
| 189. -Sterling Bank & Trust (account) | | | | | | | | | |
| 190. -Cathay Bank (account) | | | | | | | | | |
| 191. -First Republic Bank | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. Trust #19 | G | Rent | O | U | | | | | |
| 194. | | Interest | | | | | | | |
| 195. -Bank of America (account) (erroneously omitted from prior Reports) | | | | | Open | 01/02/13 | J | | |
| 196. -Limited Liabiltiy Co. #1 ▮▮▮ | | | | | | | | | |
| 197. ▮▮▮ | | | | | | | | | |
| 198. Commercial Condominium (San Francisco, CA) [Line 198 should be removed | | | | | | | | | |
| 199. as it was erroneously included in 2013 Report] | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. Trust #20 ▮▮▮ Trustee) | G | Rent | P1 | U | | | | | |
| 202. | | Interest | | | | | | | |
| 203. -Bank of America (account) (erroneously omitted from prior Reports) | | | | | Open | 01/02/13 | J | | |
| 204. -Limited Liabiltiy Co. #1 ▮▮▮ | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/06/2015 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.　-Limited Partnership #3 | | | | | | | | | |
| 206.　-Limited Liability Co. #5 | | | | | | | | | |
| 207.　[Lines 209 - 211 should be removed as they are already reported as | | | | | | | | | |
| 208.　assets of LLC #5] | | | | | | | | | |
| 209.　-Bank of America (accounts) | | | | | | | | | |
| 210.　-First Republic Bank (account) | | | | | | | | | |
| 211.　-Sterling Bank & Trust (account) | | | | | | | | | |
| 212.　-Limited Liability Co. #6 | | | | | | | | | |
| 213.　-Limited Liabiltiy Co. #3 | | | | | | | | | |
| 214.　[Lines 216 - 217 should be removed as they are already reported as | | | | | | | | | |
| 215.　assets of LLC #3] | | | | | | | | | |
| 216.　-Bank of America (accounts) | | | | | | | | | |
| 217.　-First Republic Bank (account) | | | | | | | | | |
| 218.　-Limited Liability Co. #2 ▆▆ ▆ [Line 218 should be | | | | | | | | | |
| 219.　removed as it was erroneously included in prior Reports] | | | | | | | | | |
| 220.　[Lines 222 - 225 should be removed as they were erroneously | | | | | | | | | |
| 221.　included in prior Reports] | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -East West Bank (account) | | | | | | | | | |
| 223.  -Sterling Bank & Trust (account) | | | | | | | | | |
| 224.  -Cathay Bank (account) | | | | | | | | | |
| 225.  -Bank of America (account) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/06/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward M. Chen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544